# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-3384
_____

Michael Brian Woolman

*Plaintiff - Appellant*

v.

Ward of Lancaster County; Cedars Ward of Adoptions; Michael Dowd; State Farm; Judy M. Woolman, as Guardianship & Conservatorship

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: March 17, 2014
Filed: March 20, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Michael Woolman appeals the district court's[1] without-prejudice dismissal of his civil action for failure to state a claim. Upon careful de novo review, <u>see</u> <u>Moore v. Sims</u>, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review), we conclude that the district court properly dismissed the action for failure to state a claim, <u>see</u> <u>Stone v. Harry</u>, 364 F.3d 912, 914 (8th Cir. 2004) (pro se complaints are to be liberally construed, but must still allege sufficient facts to support claims advanced). The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.